**2017–0219.   State v. Walker.**
Stark App. No. 2016CA00076, 2016-Ohio-7314. On motion for leave to file delayed appeal. Motion denied.
   FISCHER, J., dissents.

**2017–0230.   State v. Fox.**
Delaware App. No. 15 CAA 10 0082, 2016-Ohio-3293. On motion for leave to file delayed appeal. Motion denied.
   DEWINE, J., dissents.

**2017–0233.   State v. Staats.**
Stark App. No. 2014 CA 00197, 2016-Ohio-4650. On motion for leave to file delayed appeal. Motion denied.

**2017–0245.   State v. Tooles.**
Hamilton App. No. C–1503222. On motion for leave to file delayed appeal. Motion denied.
   FISCHER, J., not participating.

**2017–0258.   State v. Taylor.**
Cuyahoga App. No. 104284, 2016-Ohio-8311. On motion for leave to file delayed appeal. Motion denied.
   O'NEILL, J., dissents.

**2017–0266.   State v. Belton.**
Mahoning App. No. 15 MA 0142, 2016-Ohio-8416. On motion for leave to file delayed appeal. Motion denied.
   O'CONNOR, C.J., and O'NEILL, J., dissent.

**2017–0289.   State v. Cremeans.**
Muskingum App. No. CT2015–0062, 2016-Ohio-7930. On motion for leave to file delayed appeal. Motion denied.

**2016–1372.   Schwartz v. Honeywell Internatl., Inc.**
Cuyahoga App. No. 103377, 2016-Ohio-3175. Discretionary appeal accepted on proposition of law No. I.
   KENNEDY and FRENCH, JJ., would also accept the cause on proposition of law No. II.
   O'CONNOR, C.J., and O'DONNELL and O'NEILL, JJ., dissent.

**2017–0244.   State v. Johnson.**
Muskingum App. No. CT2016–0035, 2016-Ohio-7931. Cause accepted and held for decision in 2016–1652, *State v. Brown*, and briefing schedule stayed. On motion to stay court of appeals' decision. Motion granted.
   FRENCH, O'NEILL, and FISCHER, JJ., dissent and would not accept the cause and would deny the motion to stay.